UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BLUE CROSS AND BLUE SHIELD
OF MASSACHUSETTS, INC.,
    Plaintiff,

v.                                  CIVIL ACTION NO.
                                      97-11929-MBB

MASSACHUSETTS REHABILITATION
ASSOCIATION, INC., JEFFREY
GREENFIELD, TROY WHEELWRIGHT,
ERNEST SNEDDON and KARL PETE,
    Defendants.

**PROCEDURAL ORDER**

August 2, 2000

**BOWLER, U.S.M.J.**

      In November 1999 and April 2000, this court entered orders of dismissals without costs and with prejudice as to defendants Troy Wheelwright, D.C. and Ernest Sneddon, M.D. (Docket Entry ## 58 & 60). In June 2000, this court entered a default judgment against defendants Massachusetts Rehabilitation Association, Inc. and Jeffrey Greenfield, D.C., in the amount of $418,024.44, inclusive of prejudgment interest and investigative costs. (Docket Entry # 66). In July 2000 this court allowed the stipulation of dismissal as to the remaining defendant, Karl Pete, M.D., with prejudice and without costs. (Docket Entry # 67). In light of the resolution of all of the claims against all of the parties, a final judgment shall enter.

                                            /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge